■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES TAYLOR, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on June 24, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People - v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUKE ELCOCK, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on December 9, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Milonas, Wallach and Rubin, JJ.